# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WCI | E 2183928 | PRIETO | P2020 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 09/13/2024 1432
**Offense Charged:** ☐ CFR ☒ USC ☐ State Code
**Title** 40 USC 1315

**Place of Offense:** Entrance Rd. adj Chaffee Rd. Ft. Johnson, LA 71459

**Offense Description / Factual Basis for Charge:** HAZMAT ☐
Use of personal mobile Electronic Device while driving

m/w/NH/ PRIVE

### DEFENDANT INFORMATION

**Last Name:** Airhart  **First Name:** Toby  **MI:** D

**Tag No:** C607196  **State:** LA  **Year:** 18  **Make/Model:** Chevy PK  **PASS:** ☐  **Color:** WHT

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$200.00 Forfeiture Amount
+ $30 Processing Fee
$230.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** Edwin F. Hunter Federal Courthouse, 611 Broad St., Lake Charles, LA 70601, 337-531-6143
**Date:** 5 Nov 24
**Time:** 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E2183928*

CVB SCAN 09/23/2024 12:54

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 13 Sept., 20 24 while exercising my duties as a law enforcement officer in the Western District of Louisiana

See attached

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/13/2024  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/23/2024 12:54